NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TYCO HEALTHCARE GROUP LP** AND
**UNITED STATES SURGICAL CORPORATION,**
*Plaintiffs-Cross Appellants,*

**v.**

**APPLIED MEDICAL RESOURCES CORP.,**
*Defendant-Appellant.*

---

2013-1624, 2014-1012

---

Appeals from the United States District Court for the Eastern District of Texas in No. 09-CV-0176, Magistrate Judge Keith F. Giblin.

---

## JUDGMENT

---

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiffs-cross appellants. With him on the brief were KATHLEEN A. DALEY, of Washington, DC, and JACOB A. SCHROEDER, of Palo Alto, California.

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for defendant-appellant. With him on the brief were JOSEPH F. JENNINGS, SEAN M.

MURRAY, MATTHEW S. BELLINGER, and STEPHEN W. LARSON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, PLAGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 16, 2014 | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
| | Clerk of Court |